

Re: CA 04-713
CA 04-1076

**CT CORPORATION**

FILED
OCT 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

October 12, 2005

Attention
US District Court for the District of Delaware
J. Caleb Boggs Federal Building,
844 N King Street,
Wilmington, DE 19801

Re: Burch-Lowe, Inc.

Title of Action: NationsRent, Inc., et al., Debtor vs. Advanced Tire, Inc., et al., Dfts. To: Burch-Lowe, Inc.
, 01-11628 through 01-11639 (PJW)

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Connie Tinsley

Log# 510611780

FedEx Tracking Number: 791753711757

Attention
cc: Susan Ericksen
    Lowestein Sandler, PC
    65 Livingston Ave,
    Roseland, NJ 07068

2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
Tel. 334 387 7680
Fax 334 387 7682

A WoltersKluwer Company

FedEx | Ship Manager | Label 7917 5371 1757                                                                 Page 1 of 1

From: Origin ID: (334)387-7680
Laura Payne
The Corporation Company
2000 Interstate Park Drive
Suite 204
**Montgomery, AL 36109**



Ship Date: 12OCT05
ActWgt: 1 LB
System#: 8377425/INET2300
Account#: S ********

REF: SOP601800/510611780

Delivery Address Bar Code

SHIP TO:  (999)999-9999        BILL SENDER
**US District Court District Delaware
US District Court District Delaware
844 N King Street
J Caleb Boggs Building
Wilmingtom, DE 19801**



** 2DAY **

TRK# 7917 5371 1757    FORM 0201

19801    -DE-US

FRI
Deliver By:
14OCT05

PHL    A1

SF ZWIA



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/6CiYy9IeWq2JbVt3JaXz9DdOs0IgYw0Bj...    10/12/2005