## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Advanced Tire Inc.*
3020 Quigley Road
Cleveland, OH 44113

_____
Mary E. Augustine (No. 4477)

612614v1